**Order entered September 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00878-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**SWIG PARTNERS GP, LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03427**

## ORDER

We **GRANT** the September 25, 2015 motion of Vielica Dobbins, Official Court Reporter

for the 134th Judicial District Court, for an extension of time to file the reporter's record. The

reporter's record shall be filed by **OCTOBER 28, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE